Kristyne Schaaf-Olson
MURPHY, SCHMITT, HATHAWAY, WILSON & BECKE P.L.L.C.
325 W. Gurley St Ste 102
Prescott, AZ 86301
(928) 445-6860

FILED
BY: TA
2020 MAR 13 AM 11:24
VIRLYNN TINNELL
SUPERIOR COURT CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MOHAVE**

**CARY L. SCHWEITZER, ET AL;**
Plaintiff,

Case Number: S8015CV202000152

vs.

**RETURN OF SERVICE**

**CANYONS END, LLC; ET AL.**
Defendant.

Received by MHR & ASSOCIATES to be served on **CANYONS END, LLC C/O ROBERT MCDOWELL, STAT AGENT, 28950 N. PIERCE FERRY RD, MEADVIEW, AZ 86444**.

I, Tamara Adams, do hereby affirm that on the **11th day of March, 2020** at **1:16 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS; COMPLAINT (TIER 2); NOTICE OF LIS PENDENS (TIER 2)** with the date and hour of service endorsed thereon by me, to: **ROBERT MCDOWELL** as **STATUTORY AGENT** at the address of: **28950 N. PIERCE FERRY RD, MEADVIEW, AZ 86444**, who stated they are authorized to accept service for **CANYONS END, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the foregoing/following is true and correct.

**Tamara Adams**
MH-2019-00004

**MHR & ASSOCIATES**
**543 East Andy Devine Ave.**
**Kingman, AZ 86401**
**(928) 753-4777**

Our Job Serial Number: MHA-2020000155

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

S8015CV202000152