Person Filing: Stephanie M Walker
Mailing Address: PO Box 833
City, State, Zip Code: Meadview, AZ 86444
Phone Number: (928) 716-0595
E-Mail Address: onesmartcablonde@yahoo.com
[[X]]Representing Self, Without an Attorney
(If Attorney) State Bar Number: N/A

FILED
BY: [signature]
2020 MAR 30 PM 12:54
VIRLYNN TINNELL
SUPERIOR COURT CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF Mohave

Cary L. Schweitzer et al
Plaintiff(s),
v.
Canyon Ends, LLC et al
Defendant(s),

Case No. S8015CV202000152

**ANSWER TO SUMMONS**

To Whom It May Concern,

I'm asking the court to dismiss Stephanie M Walker from this lawsuit:

a) I have nothing to defend
b) I am not a member of Canyon Ends, LLC
c) I was *just* an employee of Canyon Ends, LLC, ( *now laid off and out of work*)
d) I do not have the money to hire a lawyer

After I was served with this summons, I called the plaintiff's lawyer and asked to be removed from the lawsuit. The lawyer said she would get back to me in a few days. As of today, Friday, March 27th, 2020, I have not heard back from the plaintiff's lawyer.

The only reason I am a defendant in this matter is because I lent Canyon End, LLC money, and Canyon Ends, LLC secured the loan with a Deed in Trust (*see attached*), that the plaintiff wants removed in case they prevail in the lawsuit.

In closing, please dismiss me from this lawsuit as there is nothing for me to defend.

Thank you for your consideration.

Stephanie M. Walker
Stephanie M Walker, Defendant

Mar 30, 2020
Date

S8015CV202000152

2

WHEN RECORDED RETURN TO:

STEPHANIE M. WALKER
140 W QUEEN TUT DR
MEADVIEW. AZ 86444

FEE# 2019053145

OFFICIAL RECORDS
OF MOHAVE COUNTY
KRISTI BLAIR,
COUNTY RECORDER

09/27/2019 09:36 AM Fee: $30.00

PAGE: 1 of 2

# DEED OF TRUST

KS

When recorded mail to:

**Stephanie M. Walker**
**140 W Queen Tut Drive**
**Meadview, AZ 86444**

# DEED OF TRUST

**THIS DEED OF TRUST** is made on September 27th, 2019 between;

TRUSTOR: **Canyons End, LLC, An Arizona Limited Liability Company**
Whose mailing address is: 28950 N. Pierce Ferry Rd, Meadview, AZ 86444

TRUSTEE: **Laura Herrera**
Whose mailing address is: 30205 Escalante Blvd, Meadview, AZ 86444

BENEFICIARY: **Stephanie M. Walker**
Whose mailing address is 140 W Queen Tut Drive, Meadview, AZ 86444

PROPERTY situated in County of Mohave, State of Arizona as described as follows:

**28950 N Pierce Ferry Rd, Meadview, AZ 86444** **APNS: 343-07-176**

**WITNESSETH:** That irrevocably grants and conveys to Trustee in Trust, with Power of Sale, the above described real property together with leases, rents, profits, or income AND SUBJECT TO existing taxes, assessments, liens, encumbrances, conditions, restrictions, rights of way and easements of record.

**FOR THE PUPOSE OF SECURING:**

A. Payment of the indebtedness in the principal sum of **$60,000.00** evidenced by a Promissory Note or Notes of even date herewith, executed by Trustor in favor of the Beneficiary or order.
B. Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or by his successors or assigns when evidenced by a Promissory Note or Notes reciting that they are secured by a Deed of Trust.
C. Performance of each agreement of Trustor herein contained.

If the Trustor shall sell, convey or alienate said property or shall be divested of his title or interest without the written consent of the Beneficiary being first had and obtained, Beneficiary shall have the right, except as prohibited by law, to declare any indebtedness secured hereby, irrespective of the maturity date specified on any Note evidencing the same, immediately due and payable.

*Signature of Trustor:*

**Robert McDowell for Canyons End, LLC**
**Sole Member**

Dated: **September 27, 2019**

State of Arizona }
} ss.
County of Mohave }

Thomas R Carrington
Notary Public
Mohave County, Arizona
My Comm. Expires 3-08-2020

The forgoing instrument was acknowledged and executed before me this 27 day of September, 2019 by **Robert McDowell for Canyons End, LLC.**

Witness my hand and official seal.

NOTARY PUBLIC