FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
05/11/2020 2:37PM
BY: HSHEEHAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**APPLICATION FOR ENTRY OF DEFAULT RE DEFENDANT ANCHOR SMOKEHOUSE, LLC**<br><br>*Assigned to Hon. Charles Gurtler* |

Pursuant to Rule 55(a), Ariz. R. Civ. P., Plaintiff Cary L. Schweitzer, individually and d/b/a Canyons End Motel and Restaurant, by and through counsel undersigned, hereby

///

submits this application for entry of default and requests that this Court enter default of Defendant Anchor Smokehouse, LLC, for the following reasons:

1. Defendant Anchor Smokehouse, LLC was served with a copy of the Summons, Complaint, and Notice of Lis Pendens on Wednesday, March 11, 2020, at 2:35 p.m., but has failed to plead or otherwise defend this action in the time required as provided by the Arizona Rules of Civil Procedure. A copy of the Rule 4(g) proof of service is attached hereto as **Exhibit A**.

2. In compliance with the requirements of Rule 55(a)(2), I certify that a copy of this application was mailed by first class mail, postage prepaid to Anchor Smokehouse, LLC c/o Laura Cleland Herrera, 255 E. Bradley Bay Drive, Meadview, Arizona 86444.

3. Defendant Anchor Smokehouse, LLC is not known to be represented by counsel with respect to this matter.

DATED this 8th day of May, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: *_/s/ Kristyne M. Schaaf-Olson_*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

The foregoing e-filed via AZTurboCourt
and copies e-served this 8th day of May, 2020, to:

Anchor Smokehouse, LLC
c/o Laura Cleland Herrera
255 E. Bradley Bay Drive
Meadview, Arizona 86444

By: *_/s/ Kristie Kellerhals_*

# EXHIBIT A

# EXHIBIT A

Kristyne Schaaf-Olson
MURPHY, SCHMITT, HATHAWAY, WILSON & BECKE P.L.L.C.
325 W. Gurley St Ste 102
Prescott, AZ 86301
(928) 445-6860

FILED
BY: ____________

2020 MAR 13 AM 11: 24

VIRLYNN TINNELL
SUPERIOR COURT CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MOHAVE**

**CARY L. SCHWEITZER, ET AL;**

Plaintiff,

vs.

**CANYONS END, LLC; ET AL.**

Defendant.

Case Number: S8015CV202000152

**RETURN OF SERVICE**

Received by MHR & ASSOCIATES to be served on **ANCHOR SMOKEHOUSE, LLC C/O LAURA CLELAND HERRERA, 255 E. BRADLEY BAY DRIVE, MEADVIEW, AZ 86444**.

I, Tamara Adams, do hereby affirm that on the **11th day of March, 2020 at 2:35 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS; COMPLAINT (TIER 2); NOTICE OF LIS PENDENS (TIER 2)** with the date and hour of service endorsed thereon by me, to: **LAURA CLELAND HERRERA** as **AUTHORIZED** at the address of: **255 E. BRADLEY BAY DRIVE, MEADVIEW, AZ 86444**, who stated they are authorized to accept service for **ANCHOR SMOKEHOUSE, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the foregoing/following is true and correct.

______________________________
**Tamara Adams**
MH-2019-00004

**MHR & ASSOCIATES**
**543 East Andy Devine Ave.**
**Kingman, AZ 86401**
**(928) 753-4777**

Our Job Serial Number: MHA-2020000153

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n