FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
05/11/2020 2:37PM
BY: HSHEEHAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**APPLICATION FOR ENTRY OF DEFAULT RE DEFENDANT LAURA CLELAND HERRERA**<br><br>*Assigned to Hon. Charles Gurtler* |

Pursuant to Rule 55(a), Ariz. R. Civ. P., Plaintiff Cary L. Schweitzer, individually and d/b/a Canyons End Motel and Restaurant, by and through counsel undersigned, hereby

///

submits this application for entry of default and requests that this Court enter default of Defendant Laura Cleland Herrera for the following reasons:

1. Defendant Laura Cleland Herrera was served with a copy of the Summons, Complaint, and Notice of Lis Pendens on Wednesday, March 11, 2020, at 2:35 p.m., but has failed to plead or otherwise defend this action in the time required as provided by the Arizona Rules of Civil Procedure. A copy of the Rule 4(g) proof of service is attached hereto as **Exhibit A**.

2. In compliance with the requirements of Rule 55(a)(2), I certify that a copy of this application was mailed by first class mail, postage prepaid to Laura Cleland Herrera, 255 E. Bradley Bay Drive, Meadview, Arizona 86444.

3. Defendant Laura Cleland Herrera is not known to be represented by counsel with respect to this matter.

DATED this 8th day of May, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: *_/s/ Kristyne M. Schaaf-Olson_*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

The foregoing e-filed via AZTurboCourt
and copies e-served this 8th day of May, 2020, to:

Laura Cleland Herrera
255 E. Bradley Bay Drive
Meadview, Arizona 86444

By: *_/s/ Kristie Kellerhals_*

# EXHIBIT A

# EXHIBIT A

Kristyne Schaaf-Olson
MURPHY, SCHMITT, HATHAWAY, WILSON & BECKE P.L.L.C.
325 W. Gurley St Ste 102
Prescott, AZ 86301
(928) 445-6860

FILED

BY:

2020 MAR 13 AM 11:24

VIRLYNN TINNELL
SUPERIOR COURT CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MOHAVE**

**CARY L. SCHWEITZER, ET AL;**

Plaintiff,

Case Number: S8015CV202000152

vs.

**RETURN OF SERVICE**

**CANYONS END, LLC; ET AL.**

Defendant.

Received by MHR & ASSOCIATES to be served on **LAURA CLELAND HERRERA, 255 E. BRADLEY BAY DRIVE, MEADVIEW, AZ 86444**.

I, Tamara Adams, do hereby affirm that on the **11th day of March, 2020** at **2:35 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; COMPLAINT (TIER 2); NOTICE OF LIS PENDENS (TIER 2)** with the date and hour of service endorsed thereon by me, to: **LAURA CLELAND HERRERA** at the address of: **255 E. BRADLEY BAY DRIVE, MEADVIEW, AZ 86444**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the foregoing/following is true and correct.

**Tamara Adams**
MH-2019-00004

**MHR & ASSOCIATES**
**543 East Andy Devine Ave.**
**Kingman, AZ 86401**
**(928) 753-4777**

Our Job Serial Number: MHA-2020000152

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n