FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
05/14/2020 3:04PM
BY: HSHEEHAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**MOTION TO STRIKE DEFENDANT STEPHANIE M. WALKER'S ANSWER TO SUMMONS**<br><br>*Assigned to Hon. Chas. W. Gurtler, Jr.* |

Plaintiff, Cary L. Schweitzer, by and through undersigned counsel, respectfully requests that this Court strike Defendant Stephanie M. Walker's (hereinafter "Defendant

/ / /

Walker") Answer to Summons filed March 30, 2020 because the document is nonresponsive pursuant to Ariz. R. Civ. P. 8(c).

Ariz. R. Civ. P. 8(c)(1) sets forth the requirements of a responsive pleading. Specifically, the rule states as follows:

> (1) *Generally.* In responding to a pleading, a party must:
> (A) state in short and plain terms its defenses to each claim asserted against it; and
> (B) Admit or deny the allegations asserted against it by an opposing party.

Defendant Walker's Answer does not address any defenses to the claims asserted in Plaintiff's Complaint nor does Defendant Walker admit or deny any of the allegations asserted against her. The purported Answer to Summons merely states that Defendant Walker has nothing to defend and therefore she should be dismissed from the lawsuit. This allegation does not admit nor deny any of the allegations of the Complaint.

Defendant Walker further acknowledges, however, that she does in fact hold a Deed of Trust secured by the property at issue in this matter. Plaintiff's allegation regarding this Deed of Trust is found at paragraph 31 of Plaintiff's Complaint. If Defendant Walker is attempting to admit this allegation, while denying the remaining allegations of Plaintiff's Complaint, Defendant Walker is required to substantively respond to each allegation she is denying pursuant to Ariz. R. Civ. P. 8(c)(2).

Ariz. R. Civ. P. 8(c)(2) mandates that Defendant must respond to the substance of each allegation in Plaintiff's Complaint. Specifically, Ariz. R. Civ. P. 8(c)(2) states as follows:

> (2) *Denials—Responding to the Substance.* A denial must fairly respond to the substance of the allegation.

Defendant Walker's Answer to Summons does not respond to the substance of each allegation she is denying and therefore does not comply with Ariz. R. Civ. P. 8(c)(2). In summary, Defendant Walkers Answer to Summons does not meet the requirements of Ariz. R. Civ. P. 8 because it does not state her defenses to the claims asserted against her, nor does the Answer admit or deny the allegations made, and the Answer does not respond to the substance of the allegations to which Defendant Walker denies.

Based upon the foregoing, Plaintiff respectfully requests that this Court strike Defendant Walker's Answer to Summons filed March 30, 2020. Plaintiff further respectfully requests that this Court order Defendant Walker to properly answer the Complaint by the June 15, 2020 deadline for filing of Answers by Defendants Robert McDowell and Laura Herrera pursuant to this Court's May 13, 2020 order.

DATED this 14th day of May, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: *<u>/s/ Kristyne M. Schaaf-Olson</u>*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

The foregoing e-filed via E-File AZ
this 14th day of May, 2020:

COURTESY COPY emailed to:

Hon. Chas. W. Gurtler, Jr.
Mohave County Superior Court

COPY served by email and regular mail this same date to:

Stephanie M. Walker
onesmartcablonde@yahoo.com
P.O. Box 833
Meadview, AZ 86444
*Defendant in Pro Per*

Robert McDowell
robertmcdowell@icloud.com
28950 N. Pierce Ferry Rd.
Meadview, AZ 86444
*Defendant in Pro Per*

Laura Cleland Herrera
anchor.smokehouse@gmail.com
255 E. Bradley Bay Drive
Meadview, AZ 86444
*Defendant in Pro Per*

By: */s/ Kristie Kellerhals*