FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
06/01/2020 2:19PM
BY: RHILLMAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT REGARDING DEFENDANTS CANYONS END, LLC AND ANCHOR SMOKEHOUSE, LLC**<br><br>*Assigned to Hon. Charles Gurtler* |

Pursuant to the provisions of Ariz. R. Civ. P. 55(b)(2), Plaintiff Cary L. Schweitzer, individually and d/b/a Canyons End Motel and Restaurant (hereinafter "Plaintiff Schweitzer"), by and through counsel undersigned, hereby requests this Court enter



Case 0:21-ap-00108-MCW Doc 1-30 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 30 application for default Canyons End and Anchor Smokehouse (6-1- Page 1 of 17

Judgment by default in favor of Plaintiff Schweitzer against Defendants Canyons End, LLC and Anchor Smokehouse, LLC for the relief sought in Plaintiff's Complaint. Plaintiff Schweitzer additionally requests that the Court set a hearing regarding the entry of a Default Judgment in favor of Plaintiff Schweitzer to address both the nonmonetary and monetary relief sought by Plaintiff's Complaint.

This Application is made for the reason that a proper and effective default was previously entered against Defendants Canyons End, LLC and Anchor Smokehouse, LLC on Plaintiff Schweitzer's claims against those Defendants as set forth in Plaintiff Schweitzer's Complaint and the evidence to be presented at the scheduled hearing on the relief requested and amount of damages will support the requested judgment.

This Application is supported by the Memorandum of Points and Authorities and the pleadings on file in this matter including the exhibits attached thereto, incorporated herein by this reference.

DATED this 1st day of June, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: *_/s/ Kristyne M. Schaaf-Olson_*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

/ / /

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF RELEVANT FACTS

On February 25, 2020, Plaintiff Schweitzer filed his Complaint against Defendant Canyons End, LLC alleging Fraud, Misrepresentation, Breach of Contract, Breach of Contractual Duty of Good Faith and Fair Dealing, Quiet Title, Conversion, Unjust Enrichment, Fraudulent Transfer/Conveyance, Declaratory Judgment and Piercing the Corporate Veil. Defendant Canyons End, LLC was served by and through its statutory agent Robert McDowell on March 11, 2020. *See* **Exhibit 1**, Application for Entry of Default Re Defendant Canyons End, LLC filed May 11, 2020 and Return of Service attached there as Exhibit A.

On February 25, 2020, Plaintiff Schweitzer filed his Complaint against Defendant Anchor Smokehouse, LLC alleging Quiet Title, Conversion, Unjust Enrichment, Fraudulent Transfer/Conveyance, and Declaratory Judgment. Defendant Anchor Smokehouse, LLC was served by and through its statutory agent Laura Herrera on March 11, 2020. *See* **Exhibit 2**, Application for Entry of Default Re Defendant Anchor Smokehouse, LLC filed May 11, 2020 and Return of Service attached thereto as Exhibit A.

On May 11, 2020, Plaintiff Schweitzer filed and served Applications for Entry of Default Re Defendants Canyons End, LLC and Anchor Smokehouse, LLC. The applications were mailed to Defendants at the same address upon which services of process was completed. As of this date, all appearing Defendants have been served with the Applications for Entry of Default Re Defendants Canyons End, LLC and Anchor Smokehouse, LLC.

/ / /


Case 0:21-ap-00108-MCW Doc 1-30 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 30 application for default Canyons End and Anchor Smokehouse (6-1- Page 3 of 17

To date, Defendants Canyons End, LLC and Anchor Smokehouse, LLC have failed to appear or file a responsive pleading. Default was effective against Defendants Canyons End, LLC and Anchor Smokehouse, LLC as of May 27, 2020.

## II. LEGAL STANDARD

"After entry of default has become effective, a plaintiff may file a motion for default judgment." *BYS Inc. v. Smoudi*, 228 Ariz. 573, 576, ¶ 13, 269 P.3d 1197, 1200 (2012), as amended (Mar. 13, 2012)(citations omitted). "If the amount sought by the complaint is for a sum certain or for a sum that can be computed with certainty, the court shall enter judgment on plaintiff's motion if the defendant has been defaulted for failure to appear." *Id.,* 228 Ariz. at 576–77, ¶ 13, 269 P.3d at 1200–01 (citations omitted). "In all other cases, the plaintiff must apply to the court for judgment, and if the defendant has appeared in the action, the plaintiff must serve the defendant with written notice of the motion for judgment at least three days prior to a hearing on the application." *Id.,* 228 Ariz. at 577, ¶ 13, 269 P.3d at 1201 (citations omitted). "If the damages are not certain, the court may also conduct a hearing as necessary to determine the amount of damages." *Id.*

## III. MOTION FOR ENTRY OF JUDGMENT

### A. Judgment to be Entered Against Defendant Canyons End, LLC

Plaintiff Schweitzer hereby seeks entry of Judgment pursuant to Ariz. R. Civ. P. 54(b) against Defendant Canyons End, LLC on each of the claims alleged in Plaintiff's Complaint. Specifically, based upon Plaintiff's claims for Fraud, Misrepresentation, Breach of Contract, Breach of Contractual Duty of Good Faith and Fair Dealing, Quiet Title, Conversion, Unjust Enrichment, Fraudulent Transfer/Conveyance, Declaratory Judgment and Piercing the

Corporate Veil against Defendant Canyons End, LLC, Plaintiff Schweitzer is entitled to the relief requested in his Complaint.

Specifically, Plaintiff Schweitzer is entitled to rescission of the contract; quiet title to the ownership of the real property; declaratory relief that Plaintiff owns the real property at issue and Defendants are barred and forever stopped from having or claiming any right or title to the real property adverse to Plaintiff; an Order requiring Defendant to vacate the real property at issue; return of the fixtures, furniture and other property removed from the real property; declaratory relief that the transfers of property and rights between Defendant Canyons End, LLC and the other Defendants are void; the relief available by A.R.S. § 44-1007; actual, general, special, consequential and punitive damages in an amount to be determined at the hearing on this matter; attorneys' fees and costs; pre-judgment and post-judgment interest at the statutory rate; and other equitable relief as this Court deems appropriate at the time of hearing on this matter.

**B. Judgment to be Entered Against Defendant Anchor Smokehouse, LLC**

Plaintiff Schweitzer hereby seeks entry of Judgment against Defendant Anchor Smokehouse, LLC on each of the claims alleged in Plaintiffs Complaint. Based upon Plaintiffs claims for Conversion, Unjust Enrichment and Fraudulent Transfer/Conveyance, and Declaratory Judgment, Plaintiff Schweitzer is entitled to the relief requested in his complaint.

Specifically, Plaintiff Schweitzer is entitled to return of the fixtures, furniture and other property removed from the real property; declaratory relief that the transfers of property and rights between Defendant Anchor Smokehouse, LLC and the other Defendants

are void; the relief available by A.R.S. § 44-1007; actual, general, special, consequential and punitive damages in an amount to be determined at the hearing on this matter; attorneys' fees and costs; pre-judgment and post-judgment interest at the statutory rate; and other equitable relief as this Court deems appropriate at the time of hearing on this matter.

**IV. CONCLUSION**

Defendants Canyons End, LLC and Anchor Smokehouse, LLC having failed to appear or file a responsive pleading prior to May 27, 2020, are in default regarding Plaintiff Schweitzer's claims filed in the Complaint. Pursuant to Ariz. R. Civ. P 55(b)(2)(a), a default hearing is necessary in this matter because the Complaint requests both monetary and non-monetary relief. Plaintiff Schweitzer respectfully requests that this Court hold an evidentiary hearing for the purpose of entering a judgment and determining damages for the relief sought by Plaintiff's Complaint.

DATED this 1st day of June, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: *_/s/ Kristyne M. Schaaf-Olson_*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

The foregoing e-filed via E-File AZ
this 1st day of June, 2020:

COURTESY COPY emailed to:

Hon. Chas. W. Gurtler, Jr.
Mohave County Superior Court

COPY served by email and regular mail this same date to:

Canyons End, LLC
c/o of Robert McDowell
28950 N. Pierce Ferry Road
Meadview, Arizona 86444
robertmcdowell@icloud.com
*Defendant in Pro Per*

Anchor Smokehouse, LLC
c/o Laura Herrera
255 E. Bradley Bay Drive
Meadview, Arizona 86444
anchor.smokehouse@gmail.com
*Defendant in Pro Per*

Stephanie M. Walker
P.O. Box 833
Meadview, AZ 86444
onesmartcablonde@yahoo.com
*Defendant in Pro Per*

Robert McDowell
28950 N. Pierce Ferry Rd.
Meadview, AZ 86444
robertmcdowell@icloud.com
*Defendant in Pro Per*

Laura Cleland Herrera
28950 N. Pierce Ferry Rd.
Meadview, AZ 86444
anchor.smokehouse@gmail.com
*Defendant in Pro Per*

Robert Herrera
255 E. Bradley Bay Drive
Meadview, Arizona 86444
*Defendant in Pro Per*

By: */s/ Kristie Kellerhals*

# EXHIBIT 1

EXHIBIT 1

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
05/11/2020 2:37PM
BY: HSHEEHAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**APPLICATION FOR ENTRY OF DEFAULT RE DEFENDANT CANYONS END, LLC**<br><br>*Assigned to Hon. Charles Gurtler* |

Pursuant to Rule 55(a), Ariz. R. Civ. P., Plaintiff Cary L. Schweitzer, individually and d/b/a Canyons End Motel and Restaurant, by and through counsel undersigned, hereby

///

submits this application for entry of default and requests that this Court enter default of Defendant Canyons End, LLC for the following reasons:

1. Defendant Canyons End, LLC was served with a copy of the Summons, Complaint, and Notice of Lis Pendens on Wednesday, March 11, 2020, at 1:16 p.m., but has failed to plead or otherwise defend this action in the time required as provided by the Arizona Rules of Civil Procedure. A copy of the Rule 4(g) proof of service is attached hereto as **Exhibit A.**

2. In compliance with the requirements of Rule 55(a)(2), I certify that a copy of this application was mailed by first class mail, postage prepaid to Canyons End, LLC, c/o of Robert McDowell, 28950 N. Pierce Ferry Road, Meadview, Arizona 86444.

3. Defendant Canyons End, LLC is not known to be represented by counsel with respect to this matter.

DATED this 8th day of May, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: */s/ Kristyne M. Schaaf-Olson*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

The foregoing e-filed via AZTurboCourt
and copies e-served this 8th day of May, 2020, to:

Canyons End, LLC
c/o of Robert McDowell
28950 N. Pierce Ferry Road
Meadview, Arizona 86444

By: */s/ Kristie Kellerhals*

# EXHIBIT A


# EXHIBIT A

Kristyne Schaaf-Olson
MURPHY, SCHMITT, HATHAWAY, WILSON & BECKE P.L.L.C.
325 W. Gurley St Ste 102
Prescott, AZ 86301
(928) 445-6860

FILED

BY:__________

2020 MAR 13 AM 11:24

VIRGINIA TINNELL
SUPERIOR COURT CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MOHAVE**

**CARY L. SCHWEITZER, ET AL;**
Plaintiff,

vs.

**CANYONS END, LLC; ET AL.**
Defendant.

Case Number: S8015CV202000152

**RETURN OF SERVICE**

Received by MHR & ASSOCIATES to be served on **CANYONS END, LLC C/O ROBERT MCDOWELL, STAT AGENT, 28950 N. PIERCE FERRY RD, MEADVIEW, AZ 86444.**

I, Tamara Adams, do hereby affirm that on the **11th day of March, 2020** at **1:16 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS; COMPLAINT (TIER 2); NOTICE OF LIS PENDENS (TIER 2)** with the date and hour of service endorsed thereon by me, to: **ROBERT MCDOWELL** as **STATUTORY AGENT** at the address of: **28950 N. PIERCE FERRY RD, MEADVIEW, AZ 86444**, who stated they are authorized to accept service for **CANYONS END, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the foregoing/following is true and correct.

**Tamara Adams**
MH-2019-00004

**MHR & ASSOCIATES**
**543 East Andy Devine Ave.**
**Kingman, AZ 86401**
**(928) 753-4777**

Our Job Serial Number: MHA-2020000155

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# EXHIBIT 2

# EXHIBIT 2

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
05/11/2020 2:37PM
BY: HSHEEHAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**APPLICATION FOR ENTRY OF DEFAULT RE DEFENDANT ANCHOR SMOKEHOUSE, LLC**<br><br>*Assigned to Hon. Charles Gurtler* |

Pursuant to Rule 55(a), Ariz. R. Civ. P., Plaintiff Cary L. Schweitzer, individually and d/b/a Canyons End Motel and Restaurant, by and through counsel undersigned, hereby

///



Case 0:21-ap-00108-MCW Doc 1-30 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc Exhibit 30 application for default Canyons End and Anchor Smokehouse (6-1- Page 14 of 17

submits this application for entry of default and requests that this Court enter default of Defendant Anchor Smokehouse, LLC, for the following reasons:

1. Defendant Anchor Smokehouse, LLC was served with a copy of the Summons, Complaint, and Notice of Lis Pendens on Wednesday, March 11, 2020, at 2:35 p.m., but has failed to plead or otherwise defend this action in the time required as provided by the Arizona Rules of Civil Procedure. A copy of the Rule 4(g) proof of service is attached hereto as **Exhibit A.**

2. In compliance with the requirements of Rule 55(a)(2), I certify that a copy of this application was mailed by first class mail, postage prepaid to Anchor Smokehouse, LLC c/o Laura Cleland Herrera, 255 E. Bradley Bay Drive, Meadview, Arizona 86444.

3. Defendant Anchor Smokehouse, LLC is not known to be represented by counsel with respect to this matter.

DATED this 8th day of May, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: */s/ Kristyne M. Schaaf-Olson*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

The foregoing e-filed via AZTurboCourt
and copies e-served this 8th day of May, 2020, to:

Anchor Smokehouse, LLC
c/o Laura Cleland Herrera
255 E. Bradley Bay Drive
Meadview, Arizona 86444

By: */s/ Kristie Kellerhals*

# EXHIBIT A

EXHIBIT A

Kristyne Schaaf-Olson
MURPHY, SCHMITT, HATHAWAY, WILSON & BECKE P.L.L.C.
325 W. Gurley St Ste 102
Prescott, AZ 86301
(928) 445-6860

FILED
BY:________

2020 MAR 13 AM 11: 24

VIRLYNN TINNELL
SUPERIOR COURT CLERK

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MOHAVE**

**CARY L. SCHWEITZER, ET AL;**
Plaintiff,

vs.

**CANYONS END, LLC; ET AL.**
Defendant.

Case Number: S8015CV202000152

**RETURN OF SERVICE**

Received by MHR & ASSOCIATES to be served on **ANCHOR SMOKEHOUSE, LLC C/O LAURA CLELAND HERRERA, 255 E. BRADLEY BAY DRIVE, MEADVIEW, AZ 86444**.

I, Tamara Adams, do hereby affirm that on the **11th day of March, 2020** at **2:35 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS; COMPLAINT (TIER 2); NOTICE OF LIS PENDENS (TIER 2)** with the date and hour of service endorsed thereon by me, to: **LAURA CLELAND HERRERA** as **AUTHORIZED** at the address of: **255 E. BRADLEY BAY DRIVE, MEADVIEW, AZ 86444**, who stated they are authorized to accept service for **ANCHOR SMOKEHOUSE, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury that the foregoing/following is true and correct.

________________________
**Tamara Adams**
MH-2019-00004

**MHR & ASSOCIATES
543 East Andy Devine Ave.
Kingman, AZ 86401
(928) 753-4777**

Our Job Serial Number: MHA-2020000153

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n