FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
06/11/2020 7:38PM
BY: DHISER
DEPUTY

TIMOTHY D. BENNETT
Attorney at Law
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
(702) 810-0373
AZ Bar # 021426
Attorney for the Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| **CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT McDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; AND XYZ PARTNERSHIPS I-X;**<br>**Defendants.** | No. **CV 2020-00152**<br><br>**AFFIDAVIT SUPPORTING MOTION TO SET ASIDE ENTRY OF DEFAULT** |

STATE OF ARIZONA )
) ss.
County of Mohave )

For his AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT, Robert McDowell, Defendant herein, herewith swears or affirms as follows:

1) This matter arises from Plaintiff's various claims arising from the sale of certain real property improved for hotel purposes to Defendants Canyons End, LLC and Robert McDowell.
2) Remaining Defendants Anchor Smokehouse, LLC, Laura Herrera, and Robert Herrera are only collaterally involved for reasons alleged in Plaintiff's pleadings.
3) Plaintiff filed those pleadings on or about 25 February 2020 and subsequently timely served all of the foregoing parties.
4) Subsequently, Plaintiff applied for Default on or about 11 May 2020 and again 1 June 2020.
5) We defendants subsequently filed to extend time to respond to the Complaint; the same was granted as to my sister Laura Herrera and me until 15 June 2020 but was denied as to the juridical entity defendants Canyons End, LLC, and Anchor Smokehouse, LLC, as they were not represented by counsel.
6) Defendant Robert Herrera was omitted at that time from the proceedings.
7) On or about 9 August 2019, my brother-in-law Robert Herrera was nearly killed in an appliance explosion.; the same severed one finger, broke his left arm, and burned much of the skin on the left side of his body. Robert still requires additional surgeries even while he continues to recover from his

injuries, some of which are permanent. Robert has been greatly hampered as to his ability to work since that time. Robert's ability to seek additional treatment has further been hampered in recent months by the ongoing COVID-19 pandemic.

8) We have been unable to obtain counsel both for both us and Anchor Smokehouse, LLC, and Canyons End, LLC.

9) Our efforts to find counsel have been further hindered a ubiquitous conflict of interest reported with respect to Plaintiff among Mohave County-residing attorneys.

10) I believe "good cause" exists to allow us to file our answers based on the near death of my brother-in-law, the long term recovery that at best will leave him partially disabled, and our defense of this lawsuit all during a pandemic and involving a defendant with an conflict of interest among every law office we contacted within the county of venue that has hampered all of us from obtaining counsel.

PURSUANT TO ARCP 80(c) and RESPECTFULLY SUBMITTED THIS 1ST DAY OF JUNE 2020 BY:

ROBERT McDOWELL
AFFIANT AND DEFENDANT