TIMOTHY D. BENNETT
Attorney at Law
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
(702) 810-0373
AZ Bar # 021426
Attorney for the Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| **CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT McDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; AND XYZ PARTNERSHIPS I-X;**<br>**Defendants.** | No. **CV 2020-00152**<br><br>**ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT** |

A Motion to Set Aside Entry of Default having been received from Defendants CANYONS END, LLC; ANCHOR SMOKEHOUSE, LLC; and ROBERT HERRERA, and good cause appearing pursuant to ARCP 55(c), the attached affidavit and the entire record in this matter,

IT IS ORDERED setting aside the Entry of Default entered on behalf of Plaintiff.

SO ORDERED this ____ day of _____________ 2020

______________________

Hon. Charles W. Gurtler
Judge of Mohave County Superior Court, Div. I



Case 0:21-ap-00108-MCW Doc 1-32 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 32 Proposed Order Granting Motion to Set Aside Entry of Default Page 2 of 2