FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
06/11/2020 7:38PM
BY: DHISER
DEPUTY

TIMOTHY D. BENNETT
Attorney at Law
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
(702) 810-0373
AZ Bar # 021426
Attorney for the Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

**CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,**

**Plaintiff,**

**vs.**

**CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT McDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; AND XYZ PARTNERSHIPS I-X;**

**Defendants.**

No. **CV 2020-00152**

**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF: CANYONS END, LLC; ROBERT McDOWELL; ANCHOR SMOKEHOUSE, LLC; LAURA CLELAND HERRERA and ROBERT HERRERA**

Timothy D. Bennett, undersigned, herewith enters his appearance on behalf of Defendants CANYONS END, LLC; ROBERT McDOWELL; ANCHOR SMOKEHOUSE, LLC; LAURA CLELAND HERRERA and ROBERT HERRERA.

RESPECTFULLY SUBMITTED THIS 11th day of June 2020.

/s/ Timothy D. Bennett

Timothy D. Bennett
Attorney for Defendant

A copy of the foregoing emailed this 11th day of June 2020 to:

Kristyen M. Schaaf-Olsen, Esq.
MURPHY, SCHMITT, HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suit 102
Post Office Box 591
Prescott, AZ 86302-0591
info@mshwlaw.com

By: /s/ Timothy D. Bennett