FILED BHC
TIME 5:00 P M
JUN 15 2020
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY _______ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

**HONORABLE CHARLES W. GURTLER, JR., JUDGE**
**DIVISION I – BULLHEAD CITY** *ks
**DATE: JUNE 15, 2020**

## COURT ORDER

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a/ CNYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; et. al.,<br><br>Defendant. | NO. CV-2020-152 |

There are several pending Motions. Defendants CANYONS END, LLC, ANCHOR SMOKEHOUSE, LLC and ROBERT HERRERA have filed a Motion to Set Aside Entry of Default. CANYONS END, LLC filed its Answer on June 11, 2020. Defendant ANCHO SMOKEHOUSE, LLC and ROBERT HERRERA filed a separate Answer on June 11, 2020. These filings were beyond the default timeframe given the Applications for Default filed on May 11, 2020. The Court does not address said Motion as there is additional time to file a Response or Reply.

However, Plaintiff has filed an Application for Entry of Default Judgment regarding Defendant CANYONS END, LLC and ANCHOR SMOKEHOUSE, LLC. Despite the fact that

S8015CV202000152

there is the pending Motion to Set Aside the Entry of Default, the Application for Entry of Default Judgment is not warranted.

**IT IS, THEREFORE, ORDERED** denying Plaintiff's Application for Entry of Default Judgment.

The relief sought by the Plaintiff is not for a sum certain. Indeed, the relief sought by the Plaintiff concerns recission of an agreement and damages for various claims including fraud, the tort of misrepresentation, breach of contract, conversion, et al. There is no sum certain by which the Court could simply grant damages by way of a Motion for Default Judgment under Rule 55(b)(1)(A). All of these claims require a hearing under Rule 55(b)(2)(A), in order for a Default Judgment to be rendered..

Plaintiff has further moved to strike Defendant STEPHANIE WALKER's Answer. For the reason hereinafter specified,

IT IS ORDERED denying Plaintiff's Motion to Strike Defendant STEPHANIE WALKER's Answer.

The Answer is quite specific. The Defendant states she had nothing to do with the various acts or omissions of ROBERT MCDOWELL and CANYONS END, LLC. Therefore, she is denying the factual allegations giving rise to a claim for liability. She further specifies that she lent money to Defendant CANYONS END, LLC and has properly taken a Deed of Trust on the property. Whether her Deed of Trust can ride through Plaintiff's Complaint has been placed into controversy by said Defendant.

**IT IS ORDERED** directing the Clerk to bring the file to the attention of the Court on July 17, 2020, for internal review and for the Court to address the Motion to Set Aside the Entry of Default.

cc:

KRISTYNE M. SCHAAF-OLSON*
MURPHY, SCHMIT, HATHAWAY,
WILSON & BECKE, PLLC
Attorney for Plaintiff

TIMOTHY D. BENNETT*
ATTORNEY AT LAW
Attorney for Defendants CANYONS END and
ANCHOR SMOKEHOUSE

LAURA CLELAND HERRERA
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

ROBERT MCDOWELL
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

Honorable Charles W. Gurtler, Jr.
Division I