Person Filing: Stephanie M Walker
Mailing Address: PO Box 833
City, State, Zip Code: Meadview, AZ 86444
Phone Number: (928) 716-0595
E-Mail Address: onesmartcablonde@yahoo.com
[[X]]Representing Self, Without an Attorney
(If Attorney) State Bar Number: N/A

FILED
BY: [signature]

2020 JUN 23 AM 11: 09

VIRLYNN TINNELL
SUPERIOR COURT CLERK

(18)

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF Mohave

Cary L. Schweitzer et al
Plaintiff(s),
v.
Canyon Ends, LLC et al
Defendant(s),

Case No. S8015CV202000152

**ANSWER TO PLAINTIFFS RESPONSE FOR MOTION TO STRIKE**

HONORABLE CHAS. W. GURTLER, JR,

I'm asking the court to RECONSIDER dismissing Stephanie M Walker from this lawsuit. Stephanie M. Walker IS NOT / HAS NOT been a member of Canyons End, LLC.

Therefore Stephanie M. Walker cannot ADMIT nor DENY any accusations in the complaint, with exceptions of:

A. Stephanie M. Walker DENIES being an employee of Canyons Ends, LLC OR Robert McDowell, asserted in Complaints paragraph #5.
B. Stephanie M. Walker ADMITS to Complaints paragraphs #21 & #31.

Please reconsider dismissing Stephanie M. Walker from this Complaint, as there is nothing to defend.

Thank you for your reconsideration.

[signature] — 6/20/20

Stephanie M Walker, Defendant — Date

S8015CV202000152