FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
09/11/2020 10:46AM
BY: RHILLMAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**JOINT REPORT**<br><br>*Assigned to Hon. Charles Gurtler* |

The parties, by and through their respective counsel, certify that they have conferred as to those matters set forth in Rule 16(b)(2) and (c)(3), Ariz. R. Civ. P., and submit this Joint Report.



Case 0:21-ap-00108-MCW Doc 1-45 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 46 joint report Page 1 of 5

## I. BRIEF DISCRIPTION OF THE CASE

This case arises from fraud, misrepresentation, breach of contract, breach of contractual duty of good faith and fair dealing, quiet title, conversion, unjust enrichment, fraudulent transfer/conveyance, declaratory judgment, and piercing the corporate veil claims regarding certain real property located at 28950 Pierce Ferry Road, Meadview, Arizona 86444 (hereinafter the "Property").

On or about March 14, 2018, December 20, 2018 and September 27, 2019, Plaintiff and Defendant Canyons End, LLC, by and through Robert McDowell, entered into written agreements regarding the sale and transfer of the Property. On or about December 18, 2018 and September 27, 2019, Defendant Canyons End, LLC, by and through Defendant Robert McDowell, and Defendant Stephanie Walker, entered into Deeds of Trust in the amount of $50,000 secured by the Property. Defendant Canyons End, LLC, by and through Robert McDowell, also transferred the fixtures, furniture, etc. located within the Property to Defendant Anchor Smokehouse, LLC, by and through Laura Herrera.

Plaintiff has filed claims of fraud, misrepresentation, breach of contract, breach of contractual duty of good faith and fair dealing, quiet title, conversion, unjust enrichment, fraudulent transfer/conveyance, declaratory judgment, and piercing the corporate veil against Defendant Canyons End, LLC and Robert McDowell. Plaintiff has filed claims of quiet title, fraudulent transfer/conveyance and declaratory judgment against Defendant Stephanie M. Walker. Plaintiff has filed claims for conversion, unjust enrichment, fraudulent transfer/conveyance and declaratory judgment against Defendants Anchor Smokehouse, LLC, Laura Herrera and Robert Herrera. Defendants have denied Plaintiffs claims.

**II. Current Case Status**.

Every defendant has been served or dismissed.

Yes __X__ No ____

Every party who has not been defaulted has filed a responsive pleading.

Yes __X__ No ____

**III. Amendments**.

A party anticipates filing an amendment to a pleading that will add a new party to this case.

Yes ____ No __X__

**IV. Special Case Management**.

Special case management procedures are appropriate.

Yes ____ No __X__

**V. Settlement.**

The parties will be ready for a settlement conference or private mediation by **February 19, 2021**.

**VI. Readiness**.

The parties anticipate that this case will be ready for trial after **September 30, 2021**.

**VII. Jury**.

A trial by jury is demanded.

Yes __X__ No ____

/ / /

/ / /

**VIII. Length of Trial**.

The estimated length of trial is **four (4)** days.

**IX. Summary Jury**.

The parties do not agree to a summary jury trial.

**X. Preference**.

This matter is not entitled to a preference for trial.

**XI. Special Requirements**.

The parties are unaware of any special requirements at pretrial conference or trial.

**XII. Scheduling Conference**.

The parties request a Rule 16(d) Scheduling Conference.

Yes________ No ___X____

**XIII. Other Matters**.

None.

**XIV. Items Upon Which the Parties Do Not Agree.**

None.

DATED this 11th day of September, 2020.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: */s/ Kristyne M. Schaaf-Olson*
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

By: */s/ Timothy D. Bennett*
Timothy D. Bennett
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
*Attorney for Defendants Canyons End, LLC, Robert McDowell, Anchor Smokehouse, LLC, Laura Cleland Herrera and Robert Herrera*

By: ______________________________

Stephanie M. Walker[1]
P.O. Box 833
Meadview, AZ 86444
*Defendant in Pro Per*

The foregoing e-filed via E-File AZ
This 11th day of September, 2020:

COURTESY COPY emailed to:

Hon. Chas. W. Gurtler, Jr.
Mohave County Superior Court

COPY served by email and regular mail this same date to:

Timothy D. Bennett
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
timrodriguezbennett@yahoo.com
Counsel for Defendants Canyons End, LLC, Robert McDowell,
Anchor Smokehouse, LLC, Laura Cleland Herrera and Robert Herrera

Stephanie M. Walker
P.O. Box 833
Meadview, AZ 86444
onesmartcablonde@yahoo.com
*Defendant in Pro Per*

By: */s/ Kristie Kellerhals*

[1] Drafts of the Joint Report and Proposed Scheduling Order were provided by email to Defendant Stephanie M. Walker on August 4, 25 and 27, 2020. To date, Ms. Walker has not responded to those communications.