FILED BHC
TIME 3:20 p M
SEP 11 2020
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY ______ DEPUTY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

**HONORABLE CHARLES W. GURTLER, JR., JUDGE**
**DIVISION I – BULLHEAD CITY** ***ks**
**DATE: SEPTEMBER 11, 2020**

## COURT ORDER

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a/ CNYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; et. al.,<br><br>Defendant. | NO. CV-2020-152 |

The Court has reviewed the Joint Report and proposed Scheduling Order. Plaintiff filed this matter as a Tier 2 case. The Court has no reason to question that designation. However, the proposed disclosure and discovery deadlines exceed the timeframe by which discovery must be completed within Tier 2 as set forth in Rule 26.2(f)(2), A.R.C.P.

The Court has, therefore, modified the discovery and disclosure timeframes in the proposed Scheduling Order. The Court has done so in order to comply with the timeframes for discovery within the Rules of Civil Procedure; and, as the parties have not requested a Pretrial Conference in the matter.

**IT IS, THEREFORE, ORDERED** the parties shall complete and comply with the discovery and disclosure deadlines as modified in the Scheduling Order. The Court signs and dates the same.

**IT IS FURTHER ORDERED** setting this matter for telephonic Trial Setting Conference on **Tuesday, March 16, 2021, at 9:30 a.m.** before the Honorable Charles W. Gurtler, Jr. at 2225 Trane Road, Courtroom R, Bullhead City, Arizona. Counsel are directed to telephone the Court at (888)468-1195 and enter Pin No. 837618.

cc:

KRISTYNE M. SCHAAF-OLSON*
MURPHY, SCHMIT, HATHAWAY,
WILSON & BECKE, PLLC
Attorney for Plaintiff

TIMOTHY D. BENNETT*
ATTORNEY AT LAW
Attorney for Defendants CANYONS END and
ANCHOR SMOKEHOUSE

LAURA CLELAND HERRERA
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

ROBERT MCDOWELL
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

Honorable Charles W. Gurtler, Jr.
Division I