Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

FILED
TIME 3:00 P M
SEP 11 2020
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY: ________ DEPUTY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. CV-2020-00152<br><br>**PROPOSED SCHEDULING ORDER**<br><br>*Assigned to Hon. Charles Gurtler* |

Plaintiffs, by and through their attorney Kristyne M. Schaaf-Olson of the law firm of Murphy, Schmitt, Hathaway, Wilson & Becke, P.L.L.C., and Defendants, in pro per and by and through their attorney Timothy D. Bennett, pursuant to Ariz. R. Civ. P Rule 16(b),

hereby submit the following recommendations for discovery/disclosure in the above-reference matter.

**1. Initial Disclosure Statements:** The parties will exchange their initial disclosure statements no later than **September 30, 2020**. The court requires the parties and their counsel to seasonably supplement their respective disclosure statements in accordance with Ariz. R. Civ. P. 26.1.

**2. Expert Witnesses:**

a. Plaintiffs shall disclose areas of expert testimony by **October ~~15,~~** 1 **2020**.

b. Defendants shall disclose areas of expert testimony by **October ~~30,~~** 15 **2020**.

c. Plaintiffs shall disclose identities and opinions of experts by **~~February 26, 2021~~** Nov 16 2020.

d. Defendants shall disclose identities and opinions of experts by **~~February 26, 2021~~** Dec. 16, 2020.

e. The deadline for the parties to mutually and simultaneously disclose their rebuttal expert witnesses and opinions shall be **~~April 12, 2021~~** Jan. 15, 2021.

**3. Lay (non-expert) Witness Disclosures:** The deadline for the parties' disclosure of all lay witnesses shall be **October 30, 2020**.

**Final Supplemental Disclosure:** The deadline for the parties to provide final supplemental disclosure shall be **~~May 31, 2021~~** March 11, 2021. This order does not replace the parties' obligation to seasonably disclose Rule 26.1 information on an on-going basis and as it becomes available.

**No party shall use any lay witness, expert opinion, or exhibit at trial not disclosed in a timely manner, except upon order of the court for good cause shown or upon a written or an on-the-record agreement of the parties.**

**4. Discovery Deadlines:**

a. The deadline for the parties to propound all discovery pursuant to Rules 33, 34 and 36 shall be **October 15, 2020**.

b. The deadline for the parties to complete the depositions of parties and lay witnesses shall be **January 15, 2021**.

c. The deadline for the parties to complete the depositions of expert witnesses shall be ~~**May 21, 2021.**~~ Feb. 20, 2021

d. The parties will complete all other discovery by ~~**May 31**~~**, 2021**. March 11, 2021 ("Complete discovery" includes conclusion of all depositions and submission of full and final responses to written discovery.)

**5. Pretrial/Dispositive Motions:** The deadline for all pretrial motions and dispositive motions, other than motions in limine, shall be **J~~uly 30, 2~~021.** March 11, 2021

**Telephonic Pretrial Status/Scheduling Conference:** The telephonic pretrial conference shall be set **for ________________________________________, 2020 at __:___ a.m./p.m.** for the purpose of setting a trial date if the case had not settled. Counsel shall have their trial calendars available. Counsel and parties are directed to telephone at the time of hearing (888)468-1195 and enter PIN No. 837618 to be connected to the hearing.

**6. Settlement Conference/Mediation:** The deadline for the parties to participate in a settlement conference or private mediation shall be **February 19, 2021**. Each side shall share equally in the cost and fees of the mediator.

The dates set forth in this Scheduling Order are firm dates and will not be extended or modified by this Court absent good cause. The Court will not ordinarily consider a lack of preparation as good cause.

DATED this 11th day of September, 2020.

HONORABLE CHARLES W. GURTLER, JR.



Case 0:21-ap-00108-MCW Doc 1-47 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 48 Scheduling Order 9-11-20 Page 4 of 4