FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
02/04/2021 1:04PM
BY: ATUGMAN
DEPUTY

Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>*Assigned to Hon. Charles Gurtler* |

Plaintiff, Cary L. Schweitzer, individually and d/b/a Canyons End Motel and Restaurant ("Plaintiffs"), Defendant Stephanie M. Walker, in pro per, and Defendants Canyons End, L.L.C., Robert McDowell, Anchor Smokehouse, LLC, Laura Cleland Herrera,

and Robert Herrera ("Defendants"), by and through counsel undersigned, pursuant to Rule 5.1(d)(3), hereby stipulate and jointly request the following deadlines set forth in the September 11, 2020 Scheduling Order be extended as set forth below.

After entry of the Scheduling Order the parties began the disclosure process. The parties also began to engage in proposed settlement negotiations. There was considerable delay in negotiations due to information necessary from the Internal Revenue Service and Arizona Department of Revenue. The parties are hopeful to have reached a resolution of this matter by January 31, 2021. The parties desire to pursue resolution of this matter without continuing to incur the costs of litigation.

While the foregoing negotiations have occurred, the parties agreed to extend the below deadlines to limit the costs of litigation. Accordingly, the parties hereby respectfully request that the following deadlines set forth in the September 11, 2020 Scheduling Order be extended as set forth below.

**1. Initial Disclosure Statements:** The parties will exchange their initial disclosure statements no later than **February 16, 2021**. The court requires the parties and their counsel to seasonably supplement their respective disclosure statements in accordance with Ariz. R. Civ. P. 26.1.

**2. Expert Witnesses:**

a. Plaintiffs shall disclose identities and opinions of experts by **March 16, 2021**.

b. Defendants shall disclose identities and opinions of experts by **April 13, 2021**.

c. The deadline for the parties to mutually, and simultaneously, disclose their rebuttal expert witnesses and opinions shall be **May 11, 2021**.

**3. Lay (non-expert) Witness Disclosures:** The deadline for the parties' disclosure of all lay witnesses shall be **April 16, 2021**.

**Final Supplemental Disclosure:** The deadline for the parties to provide final supplemental disclosure shall be **July 16, 2021**. This order does not replace the parties' obligation to seasonably disclose Rule 26.1 information on an on-going basis and as it becomes available.

**No party shall use any lay witness, expert opinion, or exhibit at trial not disclosed in a timely manner, except upon order of the court for good cause shown or upon a written or an on-the-record agreement of the parties.**

**4. Discovery Deadlines:**

a. The deadline for the parties to propound all discovery pursuant to Rules 33, 34 and 36 shall be **March 12, 2021**.

b. The deadline for the parties to complete the depositions of parties and lay witnesses shall be **May 14, 2021**.

c. The deadline for the parties to complete the depositions of expert witnesses shall be **May 31, 2021**.

d. The parties will complete all other discovery by **June 15, 2021**. ("Complete discovery" includes conclusion of all depositions and submission of full and final responses to written discovery.)

/ / /

/ / /

**5. Pretrial/Dispositive Motions:** The deadline for all pretrial motions and dispositive motions, other than motions in limine, shall be **August 2, 2021.**

**6. Settlement Conference/Mediation:** The deadline for the parties to participate in a settlement conference or private mediation shall be **April 30, 2021**. Each side shall share equally in the cost and fees of the mediator.

This matter is currently set for a telephonic Trial Setting Conference on Tuesday, March 16, 2021 at 9:30 a.m. Given the need for the extension of deadlines, the parties respectfully request that the Court reschedule the telephonic pretrial scheduling conference to a date convenient to the Court's calendar consistent with the new deadlines.

If the Court does not approve of the extension of the dates as stipulated to and requested herein, the parties respectfully request that this Court set a telephonic scheduling conference pursuant to Ariz. R. Civ. P. 16 to address the matter. Should a telephonic scheduling conference be set, Plaintiffs' counsel agrees to initiate the conference call by first arranging the presence of Defendants on the conference call and by calling the division on the date and time as may be ordered.

DATED this 4th day of February, 2021.

MURPHY, SCHMITT,
HATHAWAY, WILSON & BECKE, P.L.L.C.

By: /s/ Kristyne M. Schaaf-Olson
Kristyne M. Schaaf-Olson, Esq.
P. O. Box 591
Prescott, AZ 86301-0591
*Attorneys for Plaintiff*

By: /s/ Timothy D. Bennett
Timothy D. Bennett
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
*Attorney for Defendants Canyons End, LLC, Robert McDowell, Anchor Smokehouse, LLC, Laura Cleland Herrera and Robert Herrera*



Case 0:21-ap-00108-MCW Doc 1-49 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Errata 50 Stipulated Motion to Extend Scheduling Order Page 4 of 5

By: ______________________________
Stephanie M. Walker[1]
P.O. Box 833
Meadview, AZ 86444
*Defendant in Pro Per*

The foregoing e-filed
this 4th day of February, 2021:

COURTESY COPY emailed to:

Hon. Chas. W. Gurtler, Jr.
Mohave County Superior Court

COPY served by email and regular mail this same date to:

Timothy D. Bennett
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
timrodriguezbennett@yahoo.com
Counsel for Defendants Canyons End, LLC, Robert McDowell,
Anchor Smokehouse, LLC, Laura Cleland Herrera and Robert Herrera

Stephanie M. Walker
P.O. Box 833
Meadview, AZ 86444
onesmartcablonde@yahoo.com
*Defendant in Pro Per*

By: */s/ Kristie Kellerhals*

[1] Drafts of the Stipulated Motion to Extend Scheduling Order Deadlines and Amended Scheduling Order were provided by email to Defendant Stephanie M. Walker on January 22 and 30, 2021. To date, Ms. Walker has not responded to those communications.