Kristyne M. Schaaf-Olson, Esq. / AZ State Bar No. 032767
MURPHY, SCHMITT
HATHAWAY, WILSON & BECKE, P.L.L.C.
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiff

FILED BHC
TIME 11:25A M
FEB 08 2021
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY: DEPUTY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. CV-2020-00152<br><br>**AMENDED SCHEDULING ORDER**<br><br>*Assigned to Hon. Charles Gurtler* |

Plaintiffs, by and through their attorney Kristyne M. Schaaf-Olson of the law firm of Murphy, Schmitt, Hathaway, Wilson & Becke, P.L.L.C., and Defendants, in pro per and by and through their attorney Timothy D. Bennett, pursuant to Ariz. R. Civ. P Rule 16(b), hereby



S8015CV202000152

submit the following amended recommendations for discovery/disclosure in the above-referenced matter.

**1. Initial Disclosure Statements:** The parties will exchange their initial disclosure statements no later than **February 16, 2021**. The court requires the parties and their counsel to seasonably supplement their respective disclosure statements in accordance with Ariz. R. Civ. P. 26.1.

**2. Expert Witnesses:**

a. Plaintiffs shall disclose identities and opinions of experts by **March 16, 2021.**

b. Defendants shall disclose identities and opinions of experts by **April 13, 2021.**

c. The deadline for the parties to mutually, and simultaneously, disclose their rebuttal expert witnesses and opinions shall be **May 11, 2021.**

**3. Lay (non-expert) Witness Disclosures:** The deadline for the parties' disclosure of all lay witnesses shall be **April 16, 2021.**

**Final Supplemental Disclosure:** The deadline for the parties to provide final supplemental disclosure shall be **July 16, 2021**. This order does not replace the parties' obligation to seasonably disclose Rule 26.1 information on an on-going basis and as it becomes available.

**No party shall use any lay witness, expert opinion, or exhibit at trial not disclosed in a timely manner, except upon order of the court for good cause shown or upon a written or an on-the-record agreement of the parties.**

///

4. **Discovery Deadlines:**

a. The deadline for the parties to propound all discovery pursuant to Rules 33, 34 and 36 shall be **March 12, 2021**.

b. The deadline for the parties to complete the depositions of parties and lay witnesses shall be **May 14, 2021**.

c. The deadline for the parties to complete the depositions of expert witnesses shall be **May 31, 2021**.

d. The parties will complete all other discovery by **June 15, 2021**. ("Complete discovery" includes conclusion of all depositions and submission of full and final responses to written discovery.)

5. **Pretrial/Dispositive Motions:** The deadline for all pretrial motions and dispositive motions, other than motions in limine, shall be **August 2, 2021.**

6. **Settlement Conference/Mediation:** The deadline for the parties to participate in a settlement conference or private mediation shall be **April 30, 2021**. Each side shall share equally in the cost and fees of the mediator.

The dates set forth in this Scheduling Order are firm dates and will not be extended or modified by this Court absent good cause. The Court will not ordinarily consider a lack of preparation as good cause.

///

///

///

///

IT IS ALSO ORDERED vacating the Trial Setting Conference currently set for March 16, 2021 at 3:30 a.m.

DATED this 8 day of February, 2021.

JUDGE OF THE SUPERIOR COURT