FILED BHC
TIME 11:25 A M
FEB 0 8 2021
CLERK SUPERIOR COURT
BY: DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

**HONORABLE CHARLES W. GURTLER, JR., JUDGE**
**DIVISION I – BULLHEAD CITY** *ka
**DATE: FEBRUARY 8, 2021**

## COURT ORDER

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a/ CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; et. al.,<br><br>Defendant. | NO. CV-2020-152 |

Parties have stipulated to extend the scheduling deadlines. The Court notes that this case is almost one year old and Initial Disclosure Statements have not even been exchanged. The Court generally does not accept that the parties are discussing settlement as establishing good cause for the extension of a Scheduling Order. The Court makes it clear it is going to extend the discovery and disclosure deadlines solely based upon the statement that it took considerable time to obtain documentation from the Internal Revenue Service and the Arizona Department of Revenue. The Court can appreciate that obtaining documentation from those entities slowed the process given pandemic restrictions. However, the Court makes it clear that it is unlikely to further extend any discovery or disclosure deadlines in this matter without substantial good

S8015CV202000152

cause. In the Court's estimation substantial good cause amounts to essentually the death of a party or counsel.

**IT IS THEREFORE ORDERED** granting the motion. The parties shall complete and comply with the discovery and disclosure deadlines as set forth in the Amended Scheduling Order.

The Court signs and dates the same.

cc:

KRISTYNE M. SCHAAF-OLSON*
MURPHY, SCHMITT, HATHAWAY,
WILSON & BECKE, PLLC
Attorney for Plaintiff

TIMOTHY D. BENNETT*
ATTORNEY AT LAW
Attorney for Defendants CANYONS END and
ANCHOR SMOKEHOUSE

LAURA CLELAND HERRERA
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

ROBERT MCDOWELL
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

Honorable Charles W. Gurtler, Jr.
Division I