# EXHIBIT "A"

United States Bankruptcy Court
District of Arizona

## Notice of Bankruptcy Case Filing

FILED
03/02/2021
3:30 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/02/2021 at 3:30 PM and filed on 03/02/2021.

**CANYONS END, LLC**
28950 PIERCE FERRY RD.
MEADVIEW, AZ 86444
Tax ID / EIN: 82-4372536

The case was filed by the debtor's attorney:

**D LAMAR HAWKINS**
GUIDANT LAW, PLC
402 EAST SOUTHERN AVENUE
TEMPE, AZ 85282
602-888-9229

The case was assigned case number 0:21-bk-01469.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.azb.uscourts.gov/index.html or at the Clerk's Office, U.S. Bankruptcy Court, Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1727, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**George Prentice**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/02/2021 15:35:47 |

| | | | |
|---|---|---|---|
| **PACER Login:** | dlamarhawkins:6048135:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 0:21-bk-01469 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |