FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
03/03/2021 11:30AM
BY: ATUGMAN
DEPUTY

Guidant
Law Firm

**402 E. Southern Ave.**
**Tempe, AZ 85282**
**Telephone: (602) 888-9229**
**Facsimile: (480) 725-0087**
**E-Mail: lamar@guidant.law**
**D. Lamar Hawkins – 013251**
Counsel for Debtor

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTRAURANT, a sole proprietorship,

Plaintiff,

vs.

CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLL; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIP I-X,

Defendants.

Case No. S8015CV202000152

**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

*Assigned to Hon. Charles Gurtler*

**NOTICE IS HEREBY GIVEN** that on March 2, 2021, a voluntary petition under Chapter 11 was filed by Canyons End, LLC, an Arizona limited liability company in the United States Bankruptcy Court for the District of Arizona, commencing Case No. 0:21-bk-01469-MCW, thereby invoking the provisions of the automatic stay under 11 U.S.C. §362(a). The filing of said petition operates as a stay, applicable to all entities, of the continuation of the above-captioned proceeding against the Debtor. A copy of the Notice of Chapter 11 Bankruptcy Case is attached as Exhibit "A".

DATED this 3rd day of March, 2021.

**GUIDANT LAW, PLC**

By: D. Lamar Hawkins, #013251
D. Lamar Hawkins
402 East Southern Avenue
Tempe, AZ 85282
Counsel for Debtor

COPY of the foregoing mailed, or served via electronic notification* if so marked, this 3rd day of March, 2021, to:

Kristyne M. Schaaf-Olson* info@mshwlaw.com
MURPHY, SCHMITT, HATHAWAY,
WILSON & BECKE, PLLC
P.O. Box 591
Prescott, AZ 86302-0591
*Attorneys for Plaintiff*

/s/Tania M. De Belder