FILED BHC
TIME 11A M

MAR 08 2021

VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY: DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

**HONORABLE CHARLES W. GURTLER, JR., JUDGE**
**DIVISION I – BULLHEAD CITY** *ka
**DATE: MARCH 8, 2021**

## COURT ORDER

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a/ CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; et. al.,<br><br>Defendant. | NO. CV-2020-152 |

Court acknowledges receipt of Defendant Canyons End, LLC's Chapter 11 Bankruptcy filing in Untied States Bankruptcy Court. The automatic stay precludes continuation of the matter with respect to said debtor under 11 U.S.C. §362(a). However, this stay in inapplicable to the remaining Defendants. For good cause shown,

**IT IS ORDERED** placing this matter on the dismissal calendar with respect to Defendant Canyons End, LLC for a period of six (6) months. Said Defendant shall be dismissed without prejudice from this matter unless the Court receives an appropriate Bankruptcy Court Order allowing the State Court action to proceed; such as an Order for Relief from the

S8015CV202000152

Automatic Stay, an Order of Dismissal of the Bankruptcy Case and/or an Order with respect to the Non-chargeability of any Debt.

**IT IS FURTHER ORDERED** that the remaining parties shall complete and comply with the disclosure and discovery deadlines as set forth in the Amended Scheduling Order of February 8, 2021.

**IT IS FURTHER ORDERED** resetting Trial Setting Conference as to the remaining parties for **Wednesday, August 18, 2021 at 9:30 a.m.** before the Honorable Charles. Gurtler, Jr. at 2225 Trane Road, Courtroom R, Bullhead City, Arizona. Counsel and/or parties appearing telephonically are directed to call the Court at (888)468-1195 and enter Pin No. 837618.

cc:

KRISTYNE M. SCHAAF-OLSON*
MURPHY, SCHMITT, HATHAWAY,
WILSON & BECKE, PLLC
Attorney for Plaintiff

TIMOTHY D. BENNETT*
ATTORNEY AT LAW
Attorney for Defendants CANYONS END and
ANCHOR SMOKEHOUSE

LAURA CLELAND HERRERA
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

ROBERT MCDOWELL
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

Honorable Charles W. Gurtler, Jr.
Division I

3/8/21 Dist Ka
Gurtler Langston