FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
03/08/2021 1:48PM
BY: EDYSON
DEPUTY

Kristyne M. Schaaf-Olson, Esq., SB No. 032767
BECKE & OLSON, PLLC
Post Office Box 4259
Prescott, Arizona 86302-4259
(928) 460-5353
admin@beckeolsonlaw.com
Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**NOTICE OF CHANGE OF LAW FIRM**<br><br>*Assigned to Hon. Charles Gurtler* |

NOTICE IS HEREBY GIVEN, that effective March 1, 2021, Attorney Kristyne M. Schaaf-Olson, counsel for Plaintiff Cary L. Schweitzer, individually, and d/b/a Canyons End Motel and Restaurant, a sole proprietorship, has changed law firms and addresses. Please direct all future communications in this case to:

///

Becke & Olson PLLC
100 E. Union Street, Suite 250
Prescott, AZ 86303
Phone: 928/460-5353
Email: admin@beckeolsonlaw.com

DATED this 8th day of March, 2021.

BECKE & OLSON, PLLC

By: */s/Kristyne M. Schaaf-Olson*
Kristyne M. Schaaf-Olson
*Attorney for Plaintiff*

The foregoing e-filed and e-served
this 8th day of March, 2021:

Timothy D. Bennett
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
timrodriguezbennett@yahoo.com
*Counsel for Defendants Canyons End, LLC, Robert McDowell, Anchor Smokehouse, LLC, Laura Cleland Herrera and Robert Herrera*

Stephanie M. Walker
P.O. Box 833
Meadview, AZ 86444
onesmartcablonde@yahoo.com
*Defendant in Pro Per*

COURTESY COPY EMAILED TO:

D. Lamar Hawkins
Guidant Law Firm
402 E. Southern Avenue
Tempe, AZ 85252
kanar@guidant.law
Counsel for Canyons End, LLC

By: */s/ Kristie Kellerhals*