Kristyne M. Schaaf-Olson, Esq., SB No. 032767
BECKE & OLSON, PLLC
Post Office Box 4259
Prescott, Arizona 86302-4259
(928) 460-5353
admin@beckeolsonlaw.com
Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD PURSUANT TO RULE 5.3(a)(2), Ariz. R. Civ. P.**<br><br>*Assigned to Hon. Charles Gurtler* |

The Court having reviewed and considered the Motion to Withdraw as Counsel of Records, pursuant to Rule 5.3(a)(2), Ariz. R. Civ. P., filed by Kristyne M. Schaaf-Olson, of the law firm of Becke & Olson, PLLC, and good causing appearing therefor,

IT IS HEREBY ORDERED granting the Motion to Withdraw as Counsel of Record. All correspondence and communication hereafter shall be directed to Plaintiff Cary L.

Schweitzer, individually and d/b/a Canyons End Motel and Restaurant, a sole proprietorship, *Pro Se* at the address, telephone number and email address as follows:

Cary L. Schweitzer
Canyons End Motel and Restaurant
26541 N. Verde Road
Meadview, AZ 86444-1788
Tele: (760) 567-3329
Email: caryschweitzer7@gmail.com

DATED this ____ day of April, 2021.

______________________________
Hon. Charles Gurtler
Judge of the Mohave County Superior Court



Case 0:21-ap-00108-MCW Doc 1-56 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 57 Proposed Order Granting Motion to Withdraw Page 2 of 2