FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
03/26/2021 3:22PM
BY: DHISER
DEPUTY

Kristyne M. Schaaf-Olson, Esq., SB No. 032767
BECKE & OLSON, PLLC
Post Office Box 4259
Prescott, Arizona 86302-4259
(928) 460-5353
admin@beckeolsonlaw.com
Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. S8015CV202000152<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD PURSUANT TO RULE 5.3(a)(2), Ariz. R. Civ. P.**<br><br>*Assigned to Hon. Charles Gurtler* |

Pursuant to Rule 5.3(a)(2), Ariz. R. Civ. P., Kristyne M. Schaaf-Olson, of the law firm of Becke & Olson, PLLC, respectfully moves this Court to enter an Order permitting withdrawal as counsel of record in this matter for Plaintiff Cary L. Schweitzer, individually

/ / /

/ / /



Case 0:21-ap-00108-MCW Doc 1-57 Filed 04/22/21 Entered 04/22/21 11:02:53 Desc
Exhibit 58 motion to withdraw Page 1 of 3

and d/b/a Canyons End Motel and Restaurant, a sole proprietorship. Pursuant to Ariz. R. Prof'l Cond. 1.16(a)(3) the lawyer has been discharged and therefore termination of representation is warranted.

The address, telephone number and email address for Cary L. Schweitzer are as follows:

Cary L. Schweitzer
Canyons End Motel and Restaurant
26541 N. Verde Road
Meadview, AZ 86444-1788
Tele: (760) 567-3329
Email: caryschweitzer7@gmail.com

Pursuant to 5.3(a)(2)(B), Ariz. R. Civ. P., Kristyne M. Schaaf-Olson hereby certifies that Cary L. Schweitzer has been notified in writing of the status of this case, including dates and times of any pending court hearings or trial setting, pending compliance with any existing Court Order, and the possibility of sanctions.

DATED this 26th day of March, 2021.

BECKE & OLSON, PLLC

By: */s/Kristyne M. Schaaf-Olson*
Kristyne M. Schaaf-Olson
*Attorney for Plaintiff*

The foregoing e-filed and e-served
This 26th day of March, 2021:

Timothy D. Bennett
7712 Rye Canyon Drive
Las Vegas, Nevada 89123
timrodriguezbennett@yahoo.com
Counsel for Defendants Canyons End, LLC, Robert McDowell,
Anchor Smokehouse, LLC, Laura Cleland Herrera and Robert Herrera

/ / /

Stephanie M. Walker
P.O. Box 833
Meadview, AZ 86444
onesmartcablonde@yahoo.com
*Defendant in Pro Per*

Cary L. Schweitzer
Canyons End Motel and Restaurant
26541 N. Verde Road
Meadview, AZ 86444-1788
caryschweitzer7@gmail.com
*Defendant*

By: */s/ Kristie Kellerhals*