Kristyne M. Schaaf-Olson, Esq., SB No. 032767
BECKE & OLSON, PLLC
Post Office Box 4259
Prescott, Arizona 86302-4259
(928) 460-5353
admin@beckeolsonlaw.com
Attorneys for Plaintiff

FILED BHC
TIME 4:55 P M
APR 05 2021
VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY ______ DEPUTY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona Limited Liability Company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona Limited Liability Company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No. CV-2020-00152<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD PURSUANT TO RULE 5.3(a)(2), Ariz. R. Civ. P.**<br><br>*Assigned to Hon. Charles Gurtler* |

The Court having reviewed and considered the Motion to Withdraw as Counsel of Records, pursuant to Rule 5.3(a)(2), Ariz. R. Civ. P., filed by Kristyne M. Schaaf-Olson, of the law firm of Becke & Olson, PLLC, and good causing appearing therefor,

IT IS HEREBY ORDERED granting the Motion to Withdraw as Counsel of Record. All correspondence and communication hereafter shall be directed to Plaintiff Cary L.

S8015CV202000152

Schweitzer, individually and d/b/a Canyons End Motel and Restaurant, a sole proprietorship, *Pro Se* at the address, telephone number and email address as follows:

Cary L. Schweitzer
Canyons End Motel and Restaurant
26541 N. Verde Road
Meadview, AZ 86444-1788
Tele: (760) 567-3329
Email: caryschweitzer7@gmail.com

DATED this 5 day of April, 2021.

Hon. Charles W. Gurtler, Jr.
Judge of the Mohave County Superior Court