FILED BHC
TIME 5P M

APR 0 5 2021

VIRLYNN TINNELL
CLERK SUPERIOR COURT
BY: DEPUTY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MOHAVE**

**HONORABLE CHARLES W. GURTLER, JR., JUDGE**
**DIVISION I – BULLHEAD CITY** *ka
**DATE: APRIL 5, 2021**

**COURT ORDER**

| | |
|---|---|
| CARY L. SCHWEITZER, individually and d/b/a/ CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; et. al.,<br><br>Defendant. | NO. CV-2020-152 |

Counsel for Plaintiff has moved to withdraw as she has been discharged from further representation. Counsel has further certified that the Plaintiff has been notified with respect to the status of the case in accordance with Rule 5.3(a)(2)(B), A.R.C.P.

**IT IS THEREFORE ORDERED** granting the motion allowing counsel to withdraw.

The Court signs and dates the order.

S8015CV202000152

cc:

KRISTYNE M. SCHAAF-OLSON*
BECKE & OLSON, PLLC
Former Attorney for Plaintiff

Cary L. Schweitzer
Canyons End Motel and Restaurant
26541 N. Verde Road
Meadview, AZ 86444-1788

TIMOTHY D. BENNETT*
ATTORNEY AT LAW
Attorney for Defendants CANYONS END and
ANCHOR SMOKEHOUSE

LAURA CLELAND HERRERA
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

ROBERT MCDOWELL
28950 N PIERCE FERRY RD
MEADVIEW AZ 86444
Defendant

Honorable Charles W. Gurtler, Jr.
Division I