TURBOCOURT
Relax. We're in Your Court.

Translation Disclaimer
Select Language
Powered by Google Translate

Home Profile Help
About Quit

Timeout in 30 min your current form set # 5478913

# Case Filed Documents

Filing Details

User Menu

- Start new filing
- Select jurisdiction
- Messages (26)
- Recent eFilings
- My forms
- My profile
- My organization
- Financial
- Payment methods
- eServed on me (2)
- Check eService status
- Address book
- My help requests

**Case #** S8015CV202000152

**Filing Type** General Civil

**Location** Mohave - Superior Court

**Court Case Title** CARY L. SCHWEITZER et al. PLAINTIFF vs Canyons End, LLC et al. DEFENDANT

**Note:** The documents filed in your case are listed below. These documents are not in the exact order of filing, but those documents that were most recently filed are at the top of the page.

**Case Filed Documents**

| Document Name | Filing Date |
|---|---|
| ONBASE / ORDER: COURT ORDER / RULING 4/5/2021 9:07:16 AM / ORDER: COURT ORDER / RULING 4/5/2021 9:07:16 AM | 04/05/2021 9:07:16 AM MST |
| ONBASE / ORDER: WITHDRAW COUNSEL 4/5/2021 9:07:16 AM / ORDER: WITHDRAW COUNSEL 4/5/2021 9:07:16 AM | 04/05/2021 9:07:16 AM MST |
| EFILING: Motion to Withdraw as Counsel of Record Pursuant to Rule 5.3(a)(2), Ariz. R. Civ. P. | 03/26/2021 3:22:27 PM MST |
| EFILING: Order Granting Motion to Withdraw as Counsel of Record Pursuant to Rule 5.3(a)(2), Ariz. R. Civ. P. | 03/26/2021 3:22:27 PM MST |
| EFILING: Notice of Change of Law Firm | 03/08/2021 1:48:45 PM MST |
| ONBASE / ORDER: COURT ORDER / RULING 3/8/2021 11:10:45 AM / ORDER: COURT ORDER / RULING 3/8/2021 11:10:45 AM | 03/08/2021 11:10:45 AM MST |
| EFILING: Notice of Bankruptcy | 03/03/2021 11:30:01 AM MST |
| EFILING: Notice of Filing | 03/03/2021 11:30:01 AM MST |
| ONBASE / ORDER: COURT ORDER / RULING 2/8/2021 11:42:28 AM / ORDER: COURT ORDER / RULING 2/8/2021 11:42:28 AM | 02/08/2021 11:42:28 AM MST |
| ONBASE / ORDER: SCHEDULING ORDER (STANDARD) 2/8/2021 11:42:28 AM / ORDER: SCHEDULING ORDER (STANDARD) 2/8/2021 11:42:28 AM | 02/08/2021 11:42:28 AM MST |

| | |
|---|---|
| EFILING: Stipulated Motion to Extend Deadlines | 02/04/2021 1:04:58 PM MST |
| EFILING: Amended Scheduling Order | 02/04/2021 1:04:58 PM MST |
| ONBASE / ORDER: SCHEDULING ORDER (STANDARD) 9/11/2020 4:11:20 PM / ORDER: SCHEDULING ORDER (STANDARD) 9/11/2020 4:11:20 PM | 09/11/2020 4:11:20 PM MST |
| ONBASE / ORDER: COURT ORDER / RULING 9/11/2020 3:21:37 PM / ORDER: COURT ORDER / RULING 9/11/2020 3:21:37 PM | 09/11/2020 3:21:37 PM MST |
| EFILING: Joint Report | 09/11/2020 10:46:10 AM MST |
| EFILING: Proposed Scheduling Order | 09/11/2020 10:46:10 AM MST |
| ONBASE / ORDER: COURT ORDER / RULING 7/16/2020 1:52:59 PM / ORDER: COURT ORDER / RULING 7/16/2020 1:52:59 PM | 07/16/2020 1:52:59 PM MST |
| EFILING: Response to Motion to Set Aside Entry of Default | 06/30/2020 4:04:49 PM MST |
| ONBASE / ANSWER: ANSWER 6/23/2020 11:09:19 AM / ANSWER: ANSWER 6/23/2020 11:09:19 AM | 06/23/2020 11:09:19 AM MST |
| ONBASE / ORDER: COURT ORDER / RULING 6/15/2020 11:34:06 AM / ORDER: COURT ORDER / RULING 6/15/2020 11:34:06 AM | 06/15/2020 11:34:06 AM MST |
| EFILING: certificate of mailing | 06/11/2020 8:13:01 PM MST |
| EFILING: Answer | 06/11/2020 8:00:27 PM MST |
| EFILING: Answer | 06/11/2020 7:56:52 PM MST |
| EFILING: Answer | 06/11/2020 7:51:40 PM MST |
| EFILING: Answer | 06/11/2020 7:45:54 PM MST |
| EFILING: Answer | 06/11/2020 7:38:10 PM MST |
| EFILING: Notice of Appearance | 06/11/2020 7:38:10 PM MST |

| | |
|---|---|
| EFILING: Motion to Set Aside Default | 06/11/2020 7:38:10 PM MST |
| EFILING: Proposed Order | 06/11/2020 7:38:10 PM MST |
| EFILING: Supporting Affidavit | 06/11/2020 7:38:10 PM MST |
| EFILING: Application for Default Judgment - Canyons & Anchor | 06/01/2020 2:19:32 PM MST |
| EFILING: Motion to Strike Answer of Stephanie Walker | 05/14/2020 3:04:20 PM MST |
| ONBASE / ORDER: COURT ORDER / RULING 5/13/2020 2:06:31 PM / ORDER: COURT ORDER / RULING 5/13/2020 2:06:31 PM | 05/13/2020 2:06:31 PM MST |
| EFILING: Application for Entry of Default re Robert Herrera | 05/11/2020 2:37:16 PM MST |
| EFILING: Application for Entry of Default re Robert McDowell | 05/11/2020 2:37:16 PM MST |
| EFILING: Application for Entry of Default re Canyons End, LLC | 05/11/2020 2:37:16 PM MST |
| EFILING: Application for Entry of Default re Laura Cleland Herrera | 05/11/2020 2:37:16 PM MST |
| EFILING: Application for Entry of Default re Anchor Smokehouse, LLC | 05/11/2020 2:37:16 PM MST |
| ONBASE / MOTION: Motion 4/30/2020 2:26:20 PM / MOTION: Motion 4/30/2020 2:26:20 PM | 04/30/2020 2:26:20 PM MST |
| ONBASE / MOTION: Motion 4/30/2020 2:26:20 PM / MOTION: Motion 4/30/2020 2:26:20 PM | 04/30/2020 2:26:20 PM MST |
| ONBASE / ANSWER: ANSWER / CIVIL 3/30/2020 1:56:48 PM / ANSWER: ANSWER / CIVIL 3/30/2020 1:56:48 PM | 03/30/2020 1:56:48 PM MST |
| ONBASE / AFFIDAVIT: FINANCIAL AFFIDAVIT 3/30/2020 1:56:48 PM / AFFIDAVIT: FINANCIAL AFFIDAVIT 3/30/2020 1:56:48 PM | 03/30/2020 1:56:48 PM MST |
| ONBASE / APPLICATION: FOR DEFERRAL OF FEES 3/30/2020 1:56:48 PM / APPLICATION: FOR DEFERRAL OF FEES 3/30/2020 1:56:48 PM | 03/30/2020 1:56:48 PM MST |
| ONBASE / ORDER: DEFERRING FEES 3/30/2020 1:56:48 PM / ORDER: DEFERRING FEES 3/30/2020 1:56:48 PM | 03/30/2020 1:56:48 PM MST |

| | |
|---|---|
| ONBASE / SERVICE: Return of Service 3/13/2020 12:56:14 PM / SERVICE: Return of Service 3/13/2020 12:56:14 PM | 03/13/2020 12:56:14 PM MST |
| ONBASE / SERVICE: Return of Service 3/13/2020 12:56:14 PM / SERVICE: Return of Service 3/13/2020 12:56:14 PM | 03/13/2020 12:56:14 PM MST |
| ONBASE / SERVICE: Return of Service 3/13/2020 12:56:14 PM / SERVICE: Return of Service 3/13/2020 12:56:14 PM | 03/13/2020 12:56:14 PM MST |
| ONBASE / SERVICE: Return of Service 3/13/2020 12:56:14 PM / SERVICE: Return of Service 3/13/2020 12:56:14 PM | 03/13/2020 12:56:14 PM MST |
| ONBASE / SERVICE: Return of Service 3/13/2020 12:56:14 PM / SERVICE: Return of Service 3/13/2020 12:56:14 PM | 03/13/2020 12:56:14 PM MST |
| ONBASE / SERVICE: Return of Service 3/13/2020 12:56:14 PM / SERVICE: Return of Service 3/13/2020 12:56:14 PM | 03/13/2020 12:56:14 PM MST |
| Notice re Admin Order 2019-04 | 02/26/2020 9:49:46 AM MST |
| EFILING: Complaint | 02/25/2020 4:11:05 PM MST |
| EFILING: Notice of Lis Pendens | 02/25/2020 4:11:05 PM MST |
| EFILING: Discovery Tier II Place holder document System Generated | 02/25/2020 4:11:05 PM MST |
| EFILING: Summons Canyons End, LLC System Generated | 02/25/2020 4:11:05 PM MST |
| EFILING: Summons Robert McDowell System Generated | 02/25/2020 4:11:05 PM MST |
| EFILING: Summons Stephanie M. Walker System Generated | 02/25/2020 4:11:05 PM MST |
| EFILING: Summons Anchor Smokehouse, LLC System Generated | 02/25/2020 4:11:05 PM MST |
| EFILING: Summons Laura Cleland Herrera System Generated | 02/25/2020 4:11:05 PM MST |
| EFILING: Summons Robert Herrera System Generated | 02/25/2020 4:11:05 PM MST |

version 11.2.0-s19 eb01

Copyright © 2021 Intresys, Inc.