**SO ORDERED.**

**Dated: December 16, 2021**

Madeleine C. Wanslee

**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

CANYONS END, LLC, an Arizona limited liability company

Debtor.

CARY SCHWEITZER, individually and d/b/a CANYONS END MOTEL AND RESTAURANT, a sole proprietorship,

Plaintiff,

vs.

CANYONS END, LLC, an Arizona limited liability company; ROBERT MCDOWELL, individually and as managing member of Canyons End, LLC; STEPHANIE M. WALKER; ANCHOR SMOKEHOUSE, LLC, an Arizona limited liability company; LAURA CLELAND HERRERA and ROBERT HERRERA, wife and husband; DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,

Defendants.

Chapter 11 Proceedings
Subchapter V

Case No. 0:21-bk-01469-MCW

Adversary Case No. 0:21-ap-00108-MCW

**ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING AND ORDERING RELEASE OF LIS PENDENS**

(Relates to Docket No. 11)

This matter having come before the Court on the *Motion to Dismiss Adversrary Proceeding and Ordering Release of Lis Pendens* ("**Motion**");

Such Motion having been duly noticed to all creditors and interested parties; and

There having been no objections filed and the Court having reviewed the request.

**IT IS HEREBY ORDERED** dismissing this adversary proceeding, Case No. 0:21-ap-00108-MCW (the "**Adversary Case**"), and ordering the release of the Notice of Lis Pendens ("**Lis Pendens**") in the case of *Schweizer v. Canyons End, LLC*, Case No. S8015cv202000152 (the "**Superior Court Case**").

**IT IS FURTHER ORDERED** releasing the Notice of Lis Pendens which was recorded with the Mohave County Recorder, Fee No. 20200015458, affecting real property at 28950 Pierce Ferry Road, Meadview, Arizona 86444, in Mohave County, Arizona, Assessors Parcel No. 343-07-176, also known as:

> Lot 719, of Meadview Unit Three, According to the Plat Thereof, Recorded April 24, 1961, at Fee No. 102818 in the office of the County Recorder of Mohave County, Arizona.

**SIGNED AND DATED ABOVE**