# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−0 | User: admin | Date Created: 12/16/2021 |
| Case: 0:21−ap−00108−MCW | Form ID: pdf05a | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty D LAMAR HAWKINS lamar@guidant.law

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft CANYONS END, LLC 28950 PIERCE FERRY RD. MEADVIEW, AZ 86444
pla Cary Schweitzer 26541 N. Verde Meadview Meadview, AZ 86444
ust U.S. TRUSTEE OFFICE OF THE U.S. TRUSTEE 230 NORTH FIRST AVENUE SUITE 204 PHOENIX, AZ 85003

TOTAL: 3